DECEMBER 28, 2023

I am writing to supplement a Motion for Pro Hac Vice Admission that I submitted by mail in case No. 4:23-cv-02200, *Lambert v. Columbiana County et al.*, with an updated Certificate of Good Standing. Thank you for your consideration.

Respectfully,

Emily Hockett
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.800.3543
202.795.9310
ehockett@rcfp.org

FILED
JAN - 2 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

1