UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO

| | |
|---|---|
| EVAN LAMBERT,<br><br>        *Plaintiff*,<br><br>  v.<br><br>COLUMBIANA COUNTY, CITY OF EAST PALESTINE, JOHN C. HARRIS, JR., BRIAN MCLAUGHLIN, JENNIFER TUCKER, JAMES BROWN, III, AND DANIEL HAUETER, *in their personal capacities*.<br><br>        *Defendants*. | CASE NO. 4:23-cv-02200<br><br>JUDGE BENITA Y. PEARSON |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to File Motion for Attorney's Fees and Costs, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Plaintiff's motion for an award of attorney's fees and costs shall be filed no later than thirty (30) days from the clerk's entry of judgment against Defendants Columbiana County and City of East Palestine.

Date: \_\_\_January 18,\_\_\_\_\_, 2024       \_\_/s/ *Benita Y. Pearson*_____
                                                                  United States District Judge