UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO

| | |
|---|---|
| EVAN LAMBERT,<br><br>      *Plaintiff,*<br><br>  v.<br><br>COLUMBIANA COUNTY, CITY OF EAST PALESTINE, JOHN C. HARRIS, JR., BRIAN MCLAUGHLIN, JENNIFER TUCKER, JAMES BROWN, III, AND DANIEL HAUETER, *in their personal capacities.*<br><br>      *Defendants*. | CASE NO. 4:23-cv-02200<br><br>JUDGE BENITA Y. PEARSON |

**ORDER GRANTING MOTION
TO DROP CERTAIN DEFENDANTS**

Upon consideration of Plaintiff's Motion to Drop Certain Defendants and any opposition thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED** and Plaintiff's claims against defendants Brian McLaughlin, Jennifer Tucker, James Brown III, and Daniel Haueter are hereby **DISMISSED** with prejudice.

Date:  January __18__, 2024      ___/s/ *Benita Y. Pearson*_____
                                                    United States District Judge