UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF OHIO

| | |
|---|---|
| EVAN LAMBERT,<br><br>        *Plaintiff*,<br><br>   v.<br><br>COLUMBIANA COUNTY, CITY OF EAST PALESTINE, JOHN C. HARRIS, JR., BRIAN MCLAUGHLIN, JENNIFER TUCKER, JAMES BROWN, III, AND DANIEL HAUETER, *in their personal capacities*.<br><br>        *Defendants*. | CASE NO. 4:23-cv-02200 |

**JOINT NOTICE OF SETTLEMENT AGREEMENT**

Pursuant to this Court's Case Management Order (ECF No. 22), Plaintiff Evan Lambert and Defendants Columbiana County and City of East Palestine hereby notify the Court that—consistent with the terms of the Offer of Judgment filed with the Court on December 22, 2023 (ECF No. 13)—they have reached a negotiated resolution of Plaintiff's attorney's fees.

Because this action has been fully resolved as to those parties, Plaintiff Evan Lambert and Defendants Columbiana County and City of East Palestine respectfully pray that judgment be entered against Defendants Columbiana County and City of East Palestine on the terms specified in the Offer of Judgment.

1

Dated: January 30, 2024 　　　　Respectfully submitted,

/s/ Katie Townsend
Katie Townsend
REPORTERS COMMITTEE
 FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.800.3543
202.795.9310
ktownsend@rcfp.org

*Counsel for Plaintiff*

| | |
|---|---|
| /s/ Matthew Teetor | /s/ Gregory A. Beck |
| J. Stephen Teetor (0023355) | Gregory A. Beck (0018260) |
| Matthew S. Teetor (0087009) | BAKER DUBLIKAR |
| TEETOR | WESTFALL | 400 South Main Street |
| 200 E. Campus View Blvd., Ste. 200 | North Canton, OH 44720 |
| Columbus, OH 43235 | (330) 499-6000 – Telephone |
| (614) 412-4000  – Telephone | (614) 499-6423 – Fax |
| (614) 412-4000 – Telephone | beck@bakerfirm.com |
| steetor@teetorlaw.com | |
| mteetor@teetorlaw.com | *Counsel for Defendant* |
| | *City of East Palestine* |
| *Counsel for Defendant* | |
| *Columbiana County* | |

## CERTIFICATE OF SERVICE

I hereby certify that, on January 30, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF, which will automatically send notice of such filing to all counsel of record.

Dated: January 30, 2024 /s/ *Katie Townsend*
Katie Townsend
*Counsel for Plaintiffs*