PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| EVAN LAMBERT, | ) |
|       Plaintiff, | ) CASE NO. 4:23CV2200 |
| v. | ) JUDGE BENITA Y. PEARSON |
| COLUMBIANA COUNTY, *et al.*, | ) |
|       Defendants. | ) **JUDGMENT** |

Plaintiff notified the Court that he has accepted Defendants Columbiana County and East Palestine's Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.  ECF No. 13.

Judgment is hereby entered in favor of Plaintiff Evan Lambert and against Defendants Columbiana County and City of East Palestine in the amount of $80,000 and reasonable attorney fees as agreed upon by the parties.

This constitutes entry of judgment pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

| | |
|---|---|
| February 7, 2024 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |